IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT TURNER AND CAROLYN TURNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  No. 2:24-cv-02462-SHL-cgc |
| NOAH WOOD and WHITTINGTON OFFICE FURNITURE, LLC, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION AS TO THE USE OF VIDEOTAPED EVIDENTIARY DEPOSITIONS AT TRIAL**

Before the Court is the Joint Motion to Approve Stipulation as to the Use of Videotaped Evidentiary Depositions at Trial (ECF No. 22), filed July 7, 2025.

In lieu of live testimony, the parties seek to present the videotaped evidentiary depositions of Plaintiff Robert Turner's treating physician, Dr. Glenn Crosby, and Defendants Noah A. Wood and Whittington Office Furniture, LLC's medical expert, Dr. Thomas J. O'Brien, at trial. (Id. at PageID 81.) Counsel for the parties will be present at the evidentiary depositions, can cross-examine the witnesses, and raise objections on the record as appropriate. (Id.) The parties argue that this approach will promote efficiency, reduce cost, and ensure that these two witnesses will be available at trial. (Id. at PageID 82.)

Acknowledging the parties' ability to question both witnesses and raise objections on the record, as well as their agreement, the Motion is **GRANTED**. The parties' stipulation regarding the use of videotaped depositions of Dr. Glenn Crosby and Dr. Thomas J. O'Brien at trial is **APPROVED**.

**IT IS SO ORDERED,** this 10th day of July, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE